NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**SCORPCAST, LLC, DBA HAULSTARS,**
*Appellant*

**v.**

**AYLO FREESITES LTD, FKA MG FREESITES LTD.,**
*Appellee*

———————————————

2022-1913

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01697.

-------------------------------------------------

**AYLO FREESITES LTD, FKA MG FREESITES LTD.,**
*Appellant*

**v.**

**SCORPCAST, LLC, DBA HAULSTARS,**
*Appellee*

———————————————

2022-2221, 2022-2233

———————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00510, IPR2021-00512.

-------------------------------------------------

**AYLO FREESITES LTD, FKA MG FREESITES LTD.,**
*Appellant*

**v.**

**SCORPCAST, LLC, DBA HAULSTARS,**
*Appellee*

————————————

2023-1149

————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00513.

————————————

**ON STIPULATION**

————————————

**O R D E R**

The parties jointly stipulate to voluntarily dismiss the above-captioned appeals pursuant to Federal Rule of Appellate Procedure 42(b)(1) with each side bearing its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The appeals are dismissed as stipulated

SCORPCAST, LLC v. AYLO FREESITES LTD                    3

FOR THE COURT



January 12, 2024               Jarrett B. Perlow
_____                 Clerk of Court
Date

ISSUED AS A MANDATE: January 12, 2024